IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| FREDERICK BANKS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. CIV-13-193-C |
| ) | |
| WARDEN, FTC, et al., ) | |
| ) | |
| Respondents. ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on June 26, 2013. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 11) is adopted and the Petition for Writ of Habeas Corpus is dismissed, without prejudice. Petitioner's motions for leave to proceed in forma paupers (Dkt. Nos. 2, 6, and 8) are denied.

IT IS SO ORDERED this 26th day of July, 2013.

ROBIN J. CAUTHRON
United States District Judge